EXHIBIT 1



# Prince William County School Board - Brentsville

2023

General Election: Nov. 7, 2023

Jackson   Lassiter   Tredinnick

VPAP does not display party identification for school board elections. Under Virginia law §22.1-57.3(E), school board candidates do not have a party nomination process to appear on the ballot.



## Campaign Finance

| Candidate | Cash | Raised |
|---|---|---|
| Jackson, Adele Elizabeth* New Reports Available | $6,681 | $20,852 |
| Lassiter, Yesenia New Reports Available | $100 | $359 |
| Tredinnick, Erica New Reports Available | $22,339 | $36,776 |
| Funderburg, Christopher Lee (Withdrew from Race) | - | $0 |

vpap.org

1209 E. Cary Street, Suite 200
Richmond, VA 23219

CONTACT US
Report an error or ask a question

OUR SUPPORTERS
PRIVACY
TERMS OF SERVICE

SUBSCRIBE
DONATE

The Virginia Public Access Project is a 501(c)(3) tax-exempt corporation.
©2023 The Virginia Public Access Project

EXHIBIT 2



EXHIBIT 3



EXHIBIT 4

7:40 ... LTE ▪

← **Yesenia Lassiter in Western Prince Wil...**

 **Western Prince William Chatter** •••
Yesenia Lassiter · Jun 13 · 🖼

I am in the early stages of pitching a docu-series/ documentary, highlighting the experiences and challenges faced by families of children with special education needs in our country
My daughter has been with a Talent MGMT company since the young age of 4. Her manager is interested in sharing her story of the abhorrent experiences we have had with her school and PWCS special education Dept. with producers. I want to be able to share more than my daughters story. The more verified stories we get the better it will sell to a network with a bigger audience. I need to hear from as many people as possible who have been negatively impacted by our school system because they violate protections given under the IDEA. Her manager has great working relationships with producers that have produced shows for PBS,Netflix, HULU, Discovery Channel and many more. My daughter has booked jobs through her and has been in commercials for the DSCC, National Trust For Our Wounded along with being in shows on the Discovery Channel and was even in an episode on VEEP. We remain in contact with many producers we have worked with and are doing everything we can to find the best network to help produce a docu-series or a documentary to help bring awareness to these issues. Again this is in the very early stages and having it produced will ultimately be determined on how many are willing to share their experiences with producers. Having receipts such as a paper trail via emails or video/audio recordings will help get your story verified to producers.
Again, If you have encountered situations where your child was denied special education services or if you have been approached to misrepresent student special education services as a teacher, we would greatly appreciate hearing your story. Your experiences can help us create a compelling docu-series/ documentary that

 Home   Friends   Events   Notifications   Menu

7:40                                    •• | LTE ▬

‹   **Yesenia Lassiter in Western Prince Wil...**

need to hear from as many people as possible who have been negatively impacted by our school system because they violate protections given under the IDEA. Her manager has great working relationships with producers that have produced shows for PBS,Netflix, HULU, Discovery Channel and many more. My daughter has booked jobs through her and has been in commercials for the DSCC, National Trust For Our Wounded along with being in shows on the Discovery Channel and was even in an episode on VEEP. We remain in contact with many producers we have worked with and are doing everything we can to find the best network to help produce a docu-series or a documentary to help bring awareness to these issues. Again this is in the very early stages and having it produced will ultimately be determined on how many are willing to share their experiences with producers. Having receipts such as a paper trail via emails or video/audio recordings will help get your story verified to producers.

Again, If you have encountered situations where your child was denied special education services or if you have been approached to misrepresent student special education services as a teacher, we would greatly appreciate hearing your story. Your experiences can help us create a compelling docu-series/ documentary that can give these important issues the visibility they deserve.

If you are willing to help by sharing your story please reach out to me via private message. Your identity and personal information will be kept confidential. Should your story interest producers you may at that time determine whether to stay confidential or not. Your input will be treated with the utmost respect and confidentiality.

👍 5



| 👍 Like | 💬 Comment | ➤ Send |
| --- | --- | --- |

**Western Prince William Chatter**                 •••

🏠 Home    👥 Friends    ⭐ Events    🔔 Notifications    Menu

EXHIBIT 5



# EXHIBIT 6

## This meeting is being recorded by the host or a participant

The account owner can also watch this recording if it's stored in the cloud. Any participant granted permission can (1) record to their local device or (2) invite an app to record for them. These individuals can share these recordings with apps and others.

By staying in this meeting, you consent to being recorded.

Leave Meeting          **Got It**

EXHIBIT 7



EXHIBIT 8











EXHIBIT 9



# EXHIBIT 10



user1699052400955
That makes sense!
6-26    Reply
♡
2

roby golub
This is insane the school needs too be sued
6-26    Reply
♡
5

Go_Red_God
I hope you file a complaint with the dept of education
7-7    Reply
♡
2

Yesenia L. · Creator
We will!
7-7    Reply
♡
1

Hide ∧

Jells
What sort of people are these? Is this how they would treat their own child if they had cancer?
7-2    Reply
♡
0

renatacasch
I would sue the school
6-29    Reply
♡
3

bj
wow that school is messed up
6-28    Reply
♡
2

Mary Mackin-O'neil
that is despicable!
6-27    Reply
♡
3

Yesenia L. · Creator
Truly!
7-4    Reply
♡
1

Hide ∧

AnnieOnimous
😳
6-26    Reply
♡
5



**iAmHuman**
Ya'll fucking w a cancer patient????
serious???
The shaaaaame. Terrible terrible terrible

6-29     Reply

0

**Laura Jean**
This girl obviously has cancer, she was sick from chemo! It wasn't a cold. Exceptions SHOULD be made! Period.

6-30     Reply

0

View 3 replies ⌄

**Theta**
The minute you said Chemo meds, I knew they were absolutely in the wrong.

6-30     Reply

2

# EXHIBIT 11

7:41                                     LTE

← **Yesenia Lassiter in Western Prince Wil...**                    •••

 **Western Prince William Chatter**
Yesenia Lassiter · Aug 3 ·                                        •••

Just wanted to share this story that aired last night!
There will be more that will be coming out soon that
wasn't reported on last night that may air next week!
If you applied to any specialty program at Colgan and
have an IEP NOT a 504 please DM me!
I specifically have information I FOIA that shows how
they put kids like my daughter at a disadvantage
specifically for the Art program. DM me if you were
denied!

https://wjla.com/news/local/prince-william-county-
public-schools-special-education-laws-violation-
accommodations-vdoe-learning-disabilities-colgan-
high-school-specialty-program-denied-admission-
equal-access-iep#




wjla.com
**'Are they going to make it right?': Va. finds Prince
William Co. Public Schools in violation of special edu...**

👍 Like            💬 Comment            ✈ Send

**Western Prince William Chatter**                                •••

🏠 Home    👥 Friends    ★ Events    🔔 Notifications    Menu

EXHIBIT 12



7:40                                    LTE

‹   **Yesenia Lassiter in Western Prince Wil...**

'Are they going to make it right?': Va. finds Prince
William Co. Public Schools in violation of special edu...

| 👍 Like | 💬 Comment | ✈ Send |

**Western Prince William Chatter**                    •••
Yesenia Lassiter · Jul 5 · 🖼

If you have a child that applied to any of Colgans
Specialty Programs and your child has an IEP and was
denied could you please send me a private message. I
am trying to gather some data on discriminatory
practices there.

😆😢😠 39                          117 comments

| 👍 Like | 💬 Comment | ✈ Send |

**Western Prince William Chatter**                    •••
Yesenia Lassiter · Jun 25 · 🖼

Proud of my daughter for speaking up! If you haven't
seen this video please go check it out! It's gone viral on
TIkTok!



tiktok.com

| 🏠 Home | 👥 Friends | ⭐ Events | 🔔 Notifications | Menu |