IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **ADELINA BLANKENSHIP** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Case No. 1:23-CV-1328 MSN-IDD |
| **YESENIA LASSITER** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm Isler Dare, P.C., who is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Yesenia Lassiter.

Dated: October 11, 2023

Respectfully submitted,

     /s/ Micah E. Ticatch
Micah E. Ticatch, VA Bar No. 83351
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant Yesenia Lassiter*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of October 2023, I served the foregoing via the ECF system on the following:

    M. Keith Blankenship, Esq.
    Da Vinci's Notebook, LLC
    9000 Mike Garcia Dr., No. 52
    Manassas, VA 20109
    Keith@dnotebook.com

      /s/ Micah E. Ticatch
    Micah E. Ticatch, VA Bar No. 83351
    ISLERDARE, P.C.
    1945 Old Gallows Road, Suite 650
    Vienna, VA 22182
    Phone: (703) 748-2690
    Fax: (703) 748-2695
    mticatch@islerdare.com
    *Counsel for Defendant Yesenia Lassiter*