IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |
|---|---|
| ADELINA BLANKENSHIP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YESENIA LASSITER )<br>)<br>Defendant. )<br>) | Civil Case No. 1:23-CV-1328 MSN-IDD |

### CONSENTED TO MOTION FOR EXTENSION OF BRIEFING DEADLINES

Defendant Yesenia Lassiter, with the consent of counsel for Plaintiff, hereby respectfully request an extension to the parties' respective deadlines regarding the briefing on Ms. Lassiter's pending Motion to Dismiss and Summary Judgment, and in support states the following:

1. On November 7, 2023, Ms. Lassiter filed a Motion to Dismiss (Dkt. 22) and Motion for Summary Judgment (Dkt. 25).

2. The hearing for both motions is set for December 8, 2023. (*See* Dkt. 24, 27.)

3. Under Local Rule 7(F), Plaintiff's opposition brief will be due on November 21, 2023, and Ms. Lassiter's reply brief is expected to be due November 27, 2023.

4. Undersigned Counsel will be out of the office from November 21 – November 26 in celebration of the Thanksgiving holiday.

5. In order to accommodate Undersigned Counsel's schedule, the parties have agreed to extend the briefing schedule to the following:

| Plaintiff's Opposition to Motion to Dismiss and Summary Judgment | On or before November 27, 2023. |
|---|---|
| Ms. Lassiter's Reply Briefs | On or before December 4, 2023. |

6.  The above schedule will not prejudice either party and will not require the Court to alter the current hearing dates for these motions.

7.  Plaintiff, through counsel, has consented to the relief requested in this Motion.

8.  All parties hereby waive oral argument on this Motion.

WHEREFORE, for the reasons stated above, Defendant requests that this honorable Court enter the proposed Order allowing for an extension on the parties' briefing schedule.

Dated: November 14, 2023

Respectfully submitted,

    /s/ Micah E. Ticatch
Micah E. Ticatch, VA Bar No. 83351
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
mticatch@islerdare.com
*Counsel for Defendant Yesenia Lassiter*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of November 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

           M. Keith Blankenship, Esq.
           Da Vinci's Notebook, LLC
           9000 Mike Garcia Dr., No. 52
           Manassas, VA 20109
           Keith@dnotebook.com

                      /s/ Micah E. Ticatch
                Micah E. Ticatch, VA Bar No. 83351
                ISLERDARE, P.C.
                1945 Old Gallows Road, Suite 650
                Vienna, VA 22182
                Phone: (703) 748-2690
                Fax: (703) 748-2695
                mticatch@islerdare.com
                *Counsel for Defendant Yesenia Lassiter*