IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **ADELINA BLANKENSHIP** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 1:23-CV-1328 MSN-IDD |
| | ) |
| **YESENIA LASSITER** | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON consideration of Defendant's Consented to Motion for Extension of Briefing Deadlines, and the Court having found good cause exists to support the Motion, it is hereby ORDERED that the Motion is GRANTED and

Plaintiff shall file her opposition briefs to the Motion to Dismiss (Dkt. 22) and Summary Judgment (Dkt. 25) on or before November 27, 2023.  Defendant shall file any reply brief in support of said motions on or before December 4, 2023.

ENTERED this __ day of November 2023.

_____
Hon. Ivan D. Davis,
United States Magistrate Judge

Alexandria, Virginia