IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADELINA BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-1328 MSN/IDD |
| | ) |
| YESENIA LASSITER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant's Consented to Motion for Extension of Briefing Deadlines ("Motion") [Dkt. No. 28]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Plaintiff's Opposition shall be submitted on or before November 27, 2023. Defendant's Reply, if any, shall be submitted on or before December 4, 2023.

ENTERED this 15th day of November 2023.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia