IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADELINA BLANKENSHIP | Docket No. 1:23-cv-1328 |
| Plaintiff | |
| v. | |
| YESENIA LASSITER | |
| Defendant | JURY TRIAL DEMANDED |

PLAINTIFF'S MOTION TO AMEND AND STAY

Plaintiff, Adelina Blankenship, moves this court for an order granting leave to amend its Complaint. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A. As explained fully in the accompanying supporting memorandum, leave should be granted because it is in the interest of justice and because the proposed amendment will not prejudice Defendant.

Dated: January 5, 2024

                                               */s/*
                                     Keith Blankenship (VSB #70027)
                                     Da Vincis' Notebook, LLC
                                     9000 Mike Garcia Road
                                     No. 52
                                     Manassas, VA 20109
                                     703-581-9562
                                     keith@dnotebook.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of January 2024, I will electronically file this brief with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                                              */s/*
                                    Keith Blankenship (VSB #70027)
                                    Da Vincis' Notebook, LLC
                                    9000 Mike Garcia Road
                                    No. 52
                                    Manassas, VA 20109
                                    703-581-9562
                                    keith@dnotebook.com