IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADELINA BLANKENSHIP<br><br>Plaintiff<br><br>v.<br><br>YESENIA LASSITER<br><br>Defendant | Docket No. 1:23-cv-1328 |

## THIRD DECLARATION OF ADELINA BLANKENSHIP

I, Adelina Blankenship, declare that if called to testify, I would testify to the best of my information and belief as follows:

1. I have personal knowledge of all facts set forth in this Declaration and, if called upon, could competently testify to those facts. I am over 18 years of age and am qualified to testify.

2. I am a Special Education teacher with Prince William County and I was the case manager at Gainesville Middle School for the individual named as "Daughter" in the complaint in this case and in the course of assisting the Daughter I frequently spoke with the mother of the Daughter, Yesenia Lassiter. I was the lead of the Individualized Education Program for the daughter in the school year 2022-23. The Team includes the Principal of Gainesville Middle School as well as the individual teachers providing education to the Daughter. I am still being

asked to engage in discussion concerning the cognitive abilities of the Daughter as mentioned in the Complaint of the present action).

3. On December 5, 2023, I was ordered by Prince William County to provide testimony to an agency action hearing that inculcated myself and Prince William County concerning malfeasance involving the education of the Daughter (as mentioned in the Complaint of the present action). I only received notice to testify approximately five days prior to the hearing.

4. Within the last two weeks, I was ordered by Prince William County to provide evidence concerning my civil litigation against Defendant based on principally two factors: (i) my relationship with my husband who is a federal litigation attorney, and (ii) alleged malfeasance concerning the special education pursuits concerning the Daughter (as mentioned in the Complaint of the present action).

5. I was informed that by attorneys for Prince William County that there is another agency action hearing that will occur in January. I do not know the date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this January 5th, 2024

By: ___*Adelina Blankenship*___
Adelina Blankenship