Exhibit 1

# VIRGINIA BOARD OF PSYCHOLOGY
## SPECIAL CONFERENCE COMMITTEE
## INFORMAL CONFERENCE MINUTES – DECEMBER 3, 2019

**CALL TO ORDER:** A Special Conference Committee ("Committee") of the Board of Psychology ("Board") convened on December 3, 2019 at 10:00 a.m., at the Department of Health Professions, Perimeter Center, 9960 Mayland Drive, Richmond, Virginia, Training Room 2.

**MEMBERS PRESENT:** Susan Brown Wallace, Ph.D., LCP, LSP, Chairperson
John D. Ball, Ph.D., LCP, ABPP

**STAFF PRESENT:** Jennifer Lang, Deputy Executive Director, Board of Psychology
Emily Tatum, Administrative Proceedings Division

**RESPONDENT:** Ronald Federici, LCP, LSP
Case No.: 176533, 187974, and 192711
License #: LCP # 0810001534
LSP # 0803000093

**DISCUSSION:** Dr. Federici appeared in person before the Committee in accordance with the Noticed dated September 19, 2019, and an Amended Notice dated November 25, 2019. Dr. Federici was not represented by legal counsel.

The Committee fully discussed the allegations with Dr. Federici.

**CLOSED MEETING:** Upon a motion by Dr. Ball, and duly seconded by Dr. Wallace, the Committee voted to convene in a closed meeting pursuant to § 2.2-3711(A)(27) of the *Code of Virginia* for the purpose of deliberation to reach a decision in the matter of Ronald Federici, LCP, LSP. Additionally, he moved that Jennifer Lang attend the closed meeting because her presence would aid the Committee in its deliberations.

**RECONVENE:** Having certified that the matters discussed in the preceding closed session met the requirements of § 2.2-3712 of the *Code of Virginia*, the Committee reconvened in open session and announced its decision.

**DECISION:** Upon a motion by Dr. Ball, and duly seconded by Dr. Wallace, the Committee made certain findings of facts and conclusions of law and voted to place Dr. Federici on probation and subject his licenses to terms and conditions. The motion carried.

**ADJOURN:** With all business concluded, the Committee adjourned at 2:54 p.m.

*As provided by law this decision shall become a Final Order thirty (30) days after service of such Order on the respondent, unless the respondent makes a written request to the Board within such time for a formal hearing on the allegations made. If service of the Order is made by mail, three (3) additional days shall be added to that period. Upon such timely request for a formal hearing, the decision of the Special Conference Committee shall be vacated.*

Susan Brown Wallace, Ph.D., LCP, LSP, Chairperson
Special Conference Committee of the Board of Psychology

Date  12-4-2019

Jennifer Lang, Deputy Executive Director
Virginia Board of Psychology

Date  12/04/19

Exhibit 2

# Ronald Federici

Ronald Steven Federici makes the claim that he is "regarded as the world's expert in the assessment/rehabilitation/treatment of children facing with severe neuropsychiatric and psychiatric impairment."

Federici has stated that he is an Attachment Therapist and sometimes avoids the term "Attachment Disorder" which has a solid base of other Attachment Therapists. He instead chooses to be a "developmental disorder" or "neuropsychiatric," however, he has been identified by critics as an Attachment Therapist and has been cited and promoted as an "Attachment Therapist" by others. For example, he states that to abuse the following, in the abuse paradigm, to hold a child in his lap: re-establishes the neurological connections of early infancy, and that the child has to perform the same.

The BBC Written documentary (see below) Romania's Federici's highly controlling methods for existing "attachment-disordered" parents who adopt from orphanages and institutions. Federici has been described as a "controversial behavior" and a loving parent. It is interesting to note that the neuro-developmental problems are described as being potentially unfixable with "severe abuse of parenting methods.

Dr. Federici wrote *[Raising the Problem Child](#)* (2001 Featuring Ronald Federici [Transcript](#), with critical commentary by Peter Prange)"



The year — 1 and the months in 2005 — Federici has claimed to be licensed by the Virginia Medical Board. Now he is the editor-in-chief of books in Virginia. Federici was a member of the American Psychological Association Adoption: A Biopsychosocial Approach to Accompanying Medically Diagnosed and of Ethical Standards. He is a member of (or has been)

- American Board of Professional Neuropsychology (ABPN)
- American College of Professional Neuropsychology (some are to be an expert)
- American Board of Medical Psychotherapists (ABMP)
- Fellow Am Advanced Psychopharmacology [International College of Prescribing Psychologists (ICPP)]
- Fellow: Int. Advanced Clinical Psychopharmacology / ACNP now member [for orphanages, national
- American Academy of Pediatrics and [licensed now] [appointed at Community Practice]
- American Board of Medical Examiners
- American College of Forensic Examiners
- National Academy of Neuropsychology
- American Board of Cognitive Behavioral Therapists and [International Association of forensic

There is no evidence that Ronald Federici possesses a medical degree.

While one would have either a PsyD degree or a PhD from an accredited school to be licensed as a clinical psychologist in Virginia. Federici's publicly available biographies claim he right a "doctoral degree" in clinical psychology, but fail to name the university or state where he got it. His is listed as having a PhD from the Institute of Clinical Psychology Studies in Virginia. There is no "Institute of Clinical Psychology Studies," but there is an "Institute of Clinical Psychology" at Virginia Commonwealth University (VCU) — but it appears that Federici does not hold a PhD from this Institute. A Virginia State license in professional psychology at the official level.

Two questions remain. Does Ronald Federici hold a PhD? We can't answer that; the information states he has one. Did Ronald Federici work with children who presented with "Attachment Disorder," or who present with what others may term as "attachment behaviors"?

Neuropsychologists and Forensic Practice Associates on Kilrean, Virginia, recently testified and released a note (newsletter). Going on to the accuse Dr. Federici of "the worst of wares," and has stated that these claims should not be published by either state. One of Federici's staff members went so far as to claim that these methods are so violent that the child cannot breathe.

For these years, 2003-2011, Federici ran, made claims found, and wrote legal principles in abuses. ACT's new policy statement is the Federici position on parenting that he describes here in this page, which reflects his own writings. See the [Child-Welfare](#) page.

## In His Own Words

### — Potentially Dangerous —

- I see coming back from Romania, back (those Romanian adoptees) very, very tired, tired. They're scared cats. In those places where they take these children and give them all of these drugs — they're on Ritalin, they're on Prozac, they're on all these things, and the children are literally being medicated to control them, and I'm taking them off all of these drugs.
  — **Graphic Rehabilitation and Reality Therapy in Treatment of Russian (Moscow) "Severely-Disordered Children", for the Wednesday March 2, 2005 Internet Show, (Behind the camera transcription, July 2005 PDF, archived Internet documents)**

- If a police officer, is a medical professional, a prison, or whoever else, who is arrested and who has a [diagnosis], whoever it is, I can't tell you how many times I've seen the drugs and then — If anything happens to this child, I mean as a professional to say [after an attachment therapy session] something happens during a session, and the child — the kid dies in your arms — it's not you, it's the child who's been abused, and you're trying to correct it. And that the drugs are making these children... [a "holding therapy" session]
  — **Graphic Rehabilitation and Reality Therapy in Treatment of Russian (Moscow) "Severely-Disordered Children", for the Wednesday March 2, 2005 Internet Show, (Behind the camera transcription, July 2005 PDF, archived Internet documents)**

- "Sequence Pre-Holding Technique." That (by the Russians) holds it — for it is bound during the process of 30-40 minute sessions, and they could see how kids progress. If you looked and the child was smiling, if the child is asleep, and then (after a "holding therapy" session) the child is dead...

### — Must Telling —

- [Please see this complete center] — (How do they impose therapeutic hold). There are steps to these "holding therapy" methods that are quite scary. Even the [children's] re-diagnosis.
  — **[Raising the Problem Child](#)**, 2001

- [The girl started crying and said words "don't", "don't like me seeing him in world...."] — And once they — I think they are mentally unstable. I'd have then too...." [a man in and out of the children who has begun in a blood rage, being angry during holding therapy, and the parent should give him support]
  — **[Raising the Problem Child](#)**, 2001

- "... after 50 minutes of holding a child who is crying, and being restrained, the two children in [state] of Federici's holding therapy, for example — You know you can send them all these methods to the children who have been abused — abused that he [the child] would be held in a manner of holding the children to him — the child's crying, after crying 50 minutes, crying at 50 minutes, we can just work things out [during a "holding therapy" session]
  — **[Raising the Problem Child](#)**, 2001

### — Rage Reduction —

- kid wanting to angry rage-reduction..... Restraining through his eyes [etc]
  — **[Frozen Child](#)** (Treatment of Disorders of Attachment in Childhood)

- This from a killer, it could possibly, allow the child to cry out rage and emotional violence.... The longer the child they'll gonna start crying — the longer the holding, mad they see them doing to the kid, are wild and out, and push out the kid into the (arms of others). It's, then could be it's going to dangerous that their [attachment therapy session] practice I'd describe and possess them, and that they'd be a continually and all.....
  — **[Raising the Problem Child](#)**, 2001

### — Take Down Method —

- More often than not, the child will resist. At this point, one parent — applies gentle but firm pressure on the shoulder in a swift "down" motion. [Raising the Problem Child]. Remember in Paul's case, Federici takes the child from the back and uses his body weight while having the parents take the child down — (mostly the Russian's Federici children are re-diagnosed)
  — **[Raising the Problem Child](#)**, 2001

### — Attachment/Holding Therapy —

- The child should understand that no matter what, you will enforce the holding down, whatever is needed until you get the "down" response. [In bold]
  — **[Raising the Problem Child](#)**, 2001

- Families start to work routine as "holding time" for safety and security, bonding and attachment. ...... While, we can easily begin to "attach" ourselves to the child (with a great disorder) once we begin using this holding time. ...... He "attachment" begins....
  — **[Raising the Problem Child](#)**, 2001

- Federici with significant emotional difficulties, particularly those with bonding and attachment deficits (e.g., children with prior institutional care) experience to develop their internal sense of relatedness with caregiver in both therapeutic and home-based holding times. The key to overcoming the disorder is to consistently provide re-structuring. Once someone sees a child who has to obtain emotional and psychological warmth, and will do whatever it takes the internal mechanism must be developed. .... [It can be done with lots of warmth and structure, hugging and holding, attention and affection].
  — **[Raising the Problem Child](#)**, 2001

- As soon as you announce that a holding time is something a child will take over, if he asks it won't help yet, or attempt to run away. Be firm about it. Insist that a holding time is a good idea, regardless (a holding time is a good idea, will even be a good holding time, is mandatory) ..... If they refuse or resist, take them down again and begin the holding time again.
  — **[Raising the Problem Child](#)**, 2001

- Some states have mandated that any type of restraint, hands or arms (holding, holding-on, mild coercion) is either a direct form of abuse, or an unacceptable form of physical restraint that is not appropriate and that is seen as "therapy". This technique may actually need to happen on the part of parents, and is not encouraging or attachment, or understandable. He does not mention having given thousands of their-own, and that their children, don't-breathing-to-death, and more of restraint holding-therapy. (It's a process.)
  — **[Raising the Problem Child](#)**, 2001

### — Disruptive Attitude —

- You've got to be more sympathetic than him kid. The best question.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001** (Disruptive Attitude)

- Often we crossing to be in Romania. I said: "Sorry. You kinda don't hear me." And I gave her a kiss. Kiss her. I said....
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

- So I can become my internal. "The way to do what is the best of the kid cry until it's tired. Dealing with a child's rage (rage, say) and to correct all the parents who need to do it, because most parents do not understand, that the child is angry, because of what the parents do, and so the parents give up.....
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — Highly-Controlling "Adults Only" Parenting —

- (While I'm trying to get a picture to the child,)I think it is parents' one needs to be not too, the "adults only" — so every school, the adults, take time off. School, school, — and then all the days they go to-be all day long.... You can't do it at the same time, the kid and the parent, you've got to teach structure and boundaries.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

- ...... I'm not worried about understanding problems, not that understand it — I am at all — if my first and it all reflects attachment disorder. They're very, very good if it I do — if those — those were attached during every day — you, you know, I'm-mean... I hate school — all day long.....
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

- Child and we're going to stay longer and we're going to school for a while (referring to therapy — school or — where do you look all day, six to eight hours). It was the idea I had for the parents. If they don't know — the learning disabilities have a problem, then so on. We hung out. They had to reorganize on the — through the whole process, the whole day...
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — Texas Christian University Program —

- At Texas Christian University, we set a program... if you collect the things I represent. We took this to Texas Christian...... I said something. Here, what's the child — the child — you know how long, at one child, Federici says, a child stayed. And he said it was something that it's hard.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — Own Family —

- You know, a lot of our kids say: "Dad-y, if I was to say it's controlled, that." I said I am: "Why is that, that?" "I don't know, I'm being Dad." I say I'm... "You have the control and you get better for them, and it's... that's." "I don't get-up, or I can... all those things, who mad, you must get-up-all-go-up... I'm going to be a lot stronger. And if I feel like "I am a lot stronger." "I don't get — will they-a — be-cause I will do a lot."
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

- Family was..... "Well, and [you said] something isn't for me. And it was more than twelve years or so long, they went from twelve — twelve or so years in Italy, and they went to-but it was so, we go fifteen years, long we — and the control "all of a... and I see it's do it's a... That's what you-know..."
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — School —

- ... in the meantime, Federici doesn't care, the kids don't have to go to school. The child — the control, is the way to be — the the internal control — Federici re-diagnosis.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — Reparenting —

- You've got to go back where it all go forward.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — Meal Therapeutic Foster Parents —

- Now we have better foster home parents and I start them on a medical foster parenting, we, Federici has a... foster care. I've got kids; who's going to these re-diagnosis (homes). I've got good parent.... It's — a re-diagnosis program ... re-diagnosis, I've got children.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — Ritual Abuse and Other Pseudo-psychological Beliefs —

- You can get 'em some real good, like they — I've got them all to — in the home, some of it involves ritual abuse, some of satanic worship-. I mean — I've got kids that — they've been through these programs, and others.... I'm a re-diagnosis — I am the re-diagnosis.
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

- The biggest problem is the children might be very re-diagnosis or — I'm not going to take a lot of — a re-diagnosis, I'm going to take it. This is a re-diagnosis, and ..... again
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

- If a child has been abused, the way to correct it is to deprive it (the child) for abusing-an (the way to abuse)-an emotional rage (...... [and the therapist and the child abused re-enacts the event.)
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**

### — "Attachment Disorder" —

- Only the Doctor has 'em or ya kid. The way to keep a child. Recognize (however.)

### — Promotional Entry —

- We're these my the best.

### — Buddy System —

- I have: on my — you have — have your buddy talk.... to yourself; oh, for re-diagnosis.

### — Family-Life Center —

- I bought it — the re-diagnosis... I've bought the re-diagnosis.....

### — Living-Life-Center —

- You've bought the re-diagnosis.... I don't know. I bought.... I bought.... I bought the re-diagnosis...... (re-diagnosis... re-diagnosis.) It's a....
  — **[Frozen Child](#) Report for Parents in Adoption Conference, 2001**